Willie ROBERTS, Movant/Appellant,

v.

STATE of Missouri, Respondent/Respondent.

No. ED 76025.

Missouri Court of Appeals, Eastern District, Division Two.

May 9, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 14, 2000.

David C. Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., ROBERT G. DOWD, Jr., J. and SHERRI B. SULLIVAN, J.

ORDER

PER CURIAM.

Movant, Willie Roberts, appeals from the judgment denying on the merits his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the motion court's judgment is based on findings and conclusions that are not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).